| AO 10<br>Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2006** | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Adelman, Lynn S | 2. Court or Organization<br><br>Eastern District of Wisconsin | 3. Date of Report<br><br>05/10/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>517 E. Wisconsin Ave. Rm. 364<br>Milwaukee, WI 53202 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

COPY

RECEIVED 2007 MAY 11 P 12: 07 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | State of Wisconsin - Pension/Retirement | $ 17,856.00 |
| 2. 2006 | State of Wisconsin - Deferred Compensation | $ 12,746.00 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Attorney - self employed |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Office of Defender Services | Miami, Florida -- spoke at seminar -- (transportation) |
| 2. Fordham University | New York, NY -- spoke at sentencing workshop (food, transportation) |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S | 05/10/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. MFS Fund Total Return | D | Dividend | M | T | | | | | |
| 2. Growth Fund of America | D | Dividend | M | T | | | | | |
| 3. McDonald's Corp. | A | Dividend | J | T | | | | | |
| 4. Exxon | A | Dividend | K | T | | | | | |
| 5. Motorola, Inc. | A | Dividend | J | T | | | | | |
| 6. Freescale (Spinoff of Motorola stock above) | | None | | | Redemption | 12/04 | | A | Mandated buy-out |
| 7. Pepsico, Inc. | A | Dividend | J | T | Partial Gift | 02/02 | J | | Gift to ▬▬▬ |
| 8. Nike | A | Dividend | J | T | | | | | |
| 9. Pfizer, Inc. | B | Dividend | K | T | | | | | |
| 10. Royal Dutch Pet. Co. | A | Dividend | J | T | | | | | |
| 11. Insured Muni Income Tr. | B | Interest | K | T | | | | | |
| 12. Nuveen Exempt Trust | B | Interest | K | T | | | | | |
| 13. Puerto Rico Bd. Bldg. | A | Interest | K | T | | | | | |
| 14. Treasury Invt. Growth Rep. Series 15 (IRA) | | None | | | Redemption | 2/15 | J | A | |
| 15. Treasury Invt. Gr. Rep. Series 18 (IRA) | | None | K | T | | | | | |
| 16. Treasury Invt. Gr. Rep. Series 18 (IRA) | | None | J | T | | | | | |
| 17. Rental Property - Milwaukee, WI | E | Rent | N | S | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Citizen's Bank of Mukwonago | A | Interest | J | T | | | | | |
| 19. Citizen's Bank of Munkowago | A | Interest | J | T | | | | | |
| 20. Mutual Savings Bank | A | Interest | J | T | | | | | |
| 21. Citizen's Bank of Mukowngo | A | Interest | J | T | | | | | |
| 22. Citizen's Bank of Mukownago | A | Interest | J | T | | | | | |
| 23. Business - plant nursery███████ | | None | J | W | | | | | |
| 24. Wells Fargo Mun. Fund | B | Interest | K | T | | | | | |
| 25. Puerto Rico 4.875% | B | Interest | L | T | | | | | |
| 26. Puerto Rico 5.0% | A | Interest | K | T | | | | | |
| 27. Puerto Rico 5.0% | A | Interest | K | T | | | | | |
| 28. Puerto Rico 5.0% | B | Interest | L | T | | | | | |
| 29. Eaton Vance Tax MGD | C | Dividend | N | T | | | | | |
| 30. Eaton Vance Mut. FDTR | C | Dividend | N | T | | | | | |
| 31. Alliance Growth & Income | A | Dividend | L | T | | | | | |
| 32. Guam Power Auth. Rev. | C | Interest | L | T | | | | | |
| 33. Midcap SPDR | A | Dividend | J | T | | | | | |
| 34. NASDAQ 100 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Energizer Holdings | | None | J | T | Partial gift | 07/05 | J | | Gift to ███ |
| 36. Alliance Health Care (IRA) | | None | | | Sell | 02/16 | J | A | |
| 37. Alliance Health Care (IRA) | | None | J | T | | | | | |
| 38. Kinder Morgan | A | Dividend | J | T | Partial gift | 12/21 | J | | Gift to ███ |
| 39. Mainstay MAP Equity - A | B | Dividend | J | T | | | | | |
| 40. Alliance Bernstein IRA | A | Dividend | | | Sell | 02/16 | J | A | |
| 41. Mainstay MAP Equity - A IRA (formerly B IRA) | A | Dividend | J | T | Conversion | 9/27 | | | Converted B shares to A |
| 42. Alliance Bernstein Small Cap Value IRA | C | Dividend | K | T | | | | | |
| 43. Mainstay MAP Equity - A IRA (formerly B IRA) | A | Dividend | J | T | Conversion | 09/27 | | | Converted B shares to A |
| 44. Diamond Tr. Unit 1 | A | Dividend | K | T | | | | | |
| 45. Fidelity New Insight IRA | A | Dividend | K | T | Buy | 02/28 | J | | |
| 46. Fidelity New Insight Sep IRA | A | Dividend | K | T | Buy | 02/16 | J | | |
| 47. Mutual Discovery Sep IRA | A | Dividend | K | T | | | | | |
| 48. Alliance Disciplined Value ADGBX (IRA) | A | Dividend | J | T | | | | | |
| 49. Henderon European Focus Fund HFEDX (IRA) | C | Dividend | L | T | | | | | |
| 50. Savient Pharma | | None | K | T | Buy | 02/28 | J | | |
| 51. Alliance Int'l Growth AWPBX | A | Dividend | J | T | Buy | 02/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section VII, line 17, reflects City of Milwaukee Assessor's Office assessment, which is considered by that office to be 100% of its value.

Section VII, line 23, plant nursury a▮▮▮▮▮▮▮ had no income during the reporting period.

Section VII, line 22 is a savings account holding funds for plant nursury.

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S | 05/10/2007 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

Date_____ May 10, 2007

NOTE: ANY IN⬛⬛⬛⬛⬛⬛⬛⬛O FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINA⬛⬛

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544